DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARRY COLEMAN**,
Appellant,

v.

**GEO CARE INC., LLC,** and **DR. ELIZABETH COOPER**,
Appellees.

No. 4D18-700

[May 24, 2018]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432016000399CAAXMX.

Garry Coleman, Miami, pro se.

Scott C. Cochran and Jeffery R. Lawley of Billing, Cochran, Lyles, Mauro & Ramsey, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***